**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

In re:                                     :
                                           :       Case No. 12-60964
**Kenneth DiBella**                        :       Chapter 7 (Judge Preston)
7460 Daugherty Road                        :       SSN:  xxx-xx-9066
Reynoldsburg, Ohio  43068,                 :
                                           :
                    Debtor.                :

<u>**NOTICE OF PROPOSED PRIVATE SALE**</u>

PLEASE TAKE NOTICE that Susan L. Rhiel, Trustee herein, whose address is 394 East

Town Street, Columbus, Ohio 43215, proposes to sell the following property of the within estate

to the buyer named herein for the price and on the terms and conditions set forth:

<u>**Date of Sale:**</u>  On or after 21 days from the date of the mailing of this Notice

<u>**General Description of Property:**</u>  Non-exempt equity in 2009 Harley Davidson Motorcycle

and American Hauler Motorcycle Trailer

<u>**Buyer:**</u>  Debtor

<u>**Price:**</u> $6,000.00; $1,000.00

<u>**Basis for Suggested Price:**</u>  Appraised value minus applicable exemptions.

<u>**Terms and Conditions**</u>:       The Debtor will sign a promissory note that includes the following
                                     terms: Payments of $500.00 per month beginning June 1, 2013 and
                                     continuing on the 1st day of each month thereafter until paid in full.
                                     Interest shall accrue at the rate of 10% per annum, but shall not be
                                     paid if the obligation is paid in full on or before March 31, 2014.
                                     Trustee shall have a lien on the vehicles and shall be entitled to
                                     exercise all applicable rights in the event of the Debtor's default.
                                     A copy of the promissory note is available upon request.

PLEASE TAKE FURTHER NOTICE that the Trustee may proceed with the proposed

sale unless within twenty-one (21) days from the date of this Notice:

(1)     a party in interest files a written objection, stating the grounds for opposition and

a request for hearing with this Court and serves a copy thereof on the Trustee and the Debtor <u>or</u>

(2)     an entity files a notice of offer to purchase the property and a request for hearing

with this Court and serves a copy thereof on the Trustee and the Debtor.

Date:   May 3, 2013                              Respectfully submitted,
                                                 **RHIEL & ASSOCIATES CO., LPA**

                                                 /s/ Susan L. Rhiel
                                                 Susan L. Rhiel (0034533)
                                                 394 East Town Street
                                                 Columbus, Ohio 43215
                                                 Telephone: (614) 221-4670
                                                 Facsimile:  (614) 232-9306
                                                 Attorneys for Susan L. Rhiel, Trustee

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and accurate copy of the foregoing Notice of Proposed Private

Sale was served upon all parties on the attached list by ordinary U.S. Mail, postage prepaid, this

3rd day of May, 2013.

                                                 /s/ Susan L. Rhiel
                                                 Susan L. Rhiel (0034533)